US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 2 2 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

LARRY BEAM                                                                    Plaintiff

v.                                  Civil Action No. 16-2271
                                    (Removed from Crawford County District Court,
                                    Case No. VASC-16-273)

BARCLAYS BANK                                                                 Defendant

## NOTICE OF REMOVAL

Defendant Barclays Bank Delaware, ("Barclays"), by counsel, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby notices removal of the state court civil action known as Larry Beam v. Barclays Bank, Case No. VASC-16-273, from the Crawford County District Court to the United States District Court for the Western District of Arkansas, and in support thereof states as follows.

1. On or about October 20, 2016, Plaintiff Larry Beam ("Beam ") filed a Complaint (the "Complaint") in the District Court for Crawford County, Arkansas (the "State Court"). A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

2. On October 25, 2016, Barclays received a copy of the Complaint by regular mail. *See id.*

3. Except for the notice filed with respect to this Notice of Removal, as of the date of this filing, no pleadings, motions or papers other than the Complaint, have been filed with the State Court in this action.

4. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Barclays has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

## GROUNDS FOR REMOVAL

### I. Barclays Has Satisfied The Procedural Requirements For Removal.

5. Barclays received a copy of the Complaint by regular mail on October 25, 2016. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because Barclays is filing its Notice of Removal within 30 days of its receipt of the initial pleading setting forth the claim for relief upon which such action is based.

6. This Court is the proper division because it embraces the County of Crawford, Arkansas, where Beams's action is pending. *See* 28 U.S.C. §§ 1441 and 1446(a).

7. No previous request has been made for the relief requested herein.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Beam, and a copy is being filed with the State Court Clerk. A copy of the State Court Notice of Filing of Notice of Removal, without its exhibits, is attached hereto as **Exhibit 2**.

### II. Removal Is Proper Because This Court Has Subject Matter Jurisdiction.

9. Under 28 U.S.C. § 1331, United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America. *See* 28 U.S.C. § 1331.

10. Removal of such cases is governed by 28 U.S.C. § 1441, which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

11. Here, Beam's Complaint purports to assert a claim against Barclays for alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq. *See* Compl.

12. Beam's Complaint alleges violations of a federal statute—the FDCPA—and consequently "arises under" the laws of the United States. *See* 28 U.S.C. § 1331. Therefore, this Court may properly exercise jurisdiction over these claims.

13. Given that the requirements for federal question jurisdiction are satisfied, this case is properly removed.

14. Beam also purports to bring suit against Barclays for defamation and a supposed cause of action which the Complaint identifies as "negligent enablement of identity fraud." Complaint. The Court may exercise supplemental jurisdiction over these claims because they "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy…" 28 U.S.C.§ 1367(a).

WHEREFORE, Defendant Barclays Bank, by counsel, respectfully notices the removal of the above-referenced action, originally filed in the District Court for Crawford County, Arkansas, to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully Submitted,

**DOVER DIXON HORNE, PLLC**
425 West Capitol Avenue, Suite 3700
Little Rock, Arkansas 72201
Phone: (501) 375-9151/ Fax: (501) 375-6484
E-Mail: twooten@ddh.law
tcooper@ddh-ar.com

By: _/s/ Carl F. Cooper III_
TODD WOOTEN (ABA No. 94034)
CARL F. "TREY' COOPER, III (ABA No. 2007294)

*Attorneys for Defendant, Barclays Bank*


## CERTIFICATE OF SERVICE

I, Carl F. "Trey" Cooper, III, hereby state that a copy of the foregoing Notice of Removal was served upon the following attorney of record, via electronic mail and U.S. Mail, this 21st day of November, 2016:

**Larry Beam**, *pro se*
2115 Liberty Lane
Van Buren, Arkansas 72956

_____
Carl F. "Trey" Cooper, III