IN THE CRAWFORD CO DISTRICT COURT-VAN BUREN - 5TH JUDICIAL DISTRICT, ARKANSAS

LARRY BEAM

PLAINTIFF(s)

CASE: VASC-16-273

BARCLAY'S BANK

DEFENDANT(s)

## COMPLAINT

Nature of Claim: SC-CONTRACT
Amount of Relief Claimed: $5,000.00
Date Claim Arose: July 12, 2016
See the attached PLAINTIFF'S STATEMENT OF CLAIM FOR SMALL CLAIMS complaint form for the factual basis of the claim.

//original signed by plaintiff//

The case referenced above has been set for trial on **Wednesday, February 01, 2017 at 08:30:00 AM** in the CRAWFORD CO DISTRICT COURT-VAN BUREN - 5TH JUDICIAL DISTRICT VAN BUREN MAIN COURTROOM.

NOTICE TO DEFENDANT BARCLAY'S BANK:
You are hereby warned to file a written answer with the clerk of the court within THIRTY (30) days after the date that you receive this complaint (or SIXTY days if you are being held in a correctional facility in this state) and to send a copy to the Plaintiff. If you do not file an answer within THIRTY (or SIXTY as stated above) days, a default judgment may be entered against you.

EXHIBIT 1

Received SCAN - 10/25/2016 16:47 EDT - 10030 - 6506930

**For Small Claims Complaint**   VASC-16-273   Date: 10-19-16

| Plaintiff #1 Information | | | Plaintiff #2 Information | | |
|---|---|---|---|---|---|
| First Name | LARRY | | First Name | | |
| Last Name | BEAM | Suffix | Last Name | | Suffix |
| Company (if less than 3 Stockholders) | | | Company (if less than 3 Stockholders) | | |
| Address | 2115 LIBERTY LN | | Address | | |
| City, State, Zip | VAN BUREN, AR. 72956 | | City, State, Zip | | |
| Home Phone | 479-650-6197 | Work Phone | Home Phone | | Work Phone |

*(Stamp: CRAWFORD COUNTY DISTRICT COURT VAN BUREN DIVISION 5TH JUDICIAL DISTRICT  2016 OCT 20 PM 2:16)*

| Defendant #1 Information | | | Defendant #2 Information | | |
|---|---|---|---|---|---|
| First Name | | | First Name | | |
| Last Name | | Suffix | Last Name | | Suffix |
| Company | BARCLAYS BANK | | Company | | |
| Address | 125 South West St | | Address | | |
| City, State, Zip | WILMINGTON DELAWARE 19801 | | City, State, Zip | | |
| Home Phone | | Work Phone 302-255-8000 | Home Phone | | Work Phone |

**Information about your claim**

| Nature of Claim | Contract ☐ | Damage to Personal Property ☐ | Recovery of Personal Property ☐ | Foreign Judgment ☐ |
|---|---|---|---|---|
| Amount of Relief Claimed | Dollar Amount: 5000 | | 7-12-16 Date Claim Arose | / / |
| Type of Service | Sheriff Service ☐ | | Private Process Service ☐ | Certified Mail/Restricted Delivery Service ☒ |

**Facts Showing Why Claim is Owed**

SEEKING DAMAGES FOR DEFAMATION, NEGLIGENT ENABLEMENT OF IDENTITY FRAUD AND VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (INCLUDING BUT NOT LIMITED TO SEC 807-8)

Signature of Plaintiff  *Larry Beam*   Date: 10 / 19 / 16

### DEFENDANT'S INSTRUCTIONS

1. Please fill out the enclosed answer form and return it to the Clerk's office.

   IMPORTANT: IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THE COURT, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU IN THE AMOUNT OF THE CLAIM FILED PLUS THE COURT COSTS. IF THIS OCCURS, YOUR WAGES MAY BE GARNISHED OR ANY OF YOUR PERSONAL PROPERTY MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.

   DO NOT FAIL TO FILE A WRITTEN ANSWER.

2. It is not necessary to hire an attorney, but you may do so if you wish. In the event both parties do not have attorneys, the judge will ask questions of each party and decide the case on the evidence.
3. You may bring witnesses with you to testify on your behalf or you may have witnesses subpoenaed by providing a list of their names and addresses and telephone numbers to the District Court Clerk. There will be additional costs for service of each subpoena.
4. Bring all papers, receipts and other materials that might be useful as evidence in the case.
5. Bring this form with you when you come to court.
6. In court, direct all statements and questions to the Judge.

### SUMMONS
CASE: VASC-16-273
TO BARCLAY'S BANK:

You have been **SUED** by the plaintiff(s) listed on the previous page.
You **must** file the attached answer form with this court, within 30 days from the date on which you received this summons or a judgment may be entered against you. In the event that you fail to file a written answer, a judgment may be entered against you. If a judgment is entered against you, you do have the right to appeal to Circuit Court within 30 days after the disposition date. You may seek the advice of an attorney on any matter connected with this suit or your answer. Such attorney should be consulted immediately so that an answer may be filed within the time limit stated above.

| | |
|---|---|
| Amount for which plaintiff may take judgment if you fail to appear, exclusive of interest: | $5,000.00 |
| FFSC - SMALL CLAIMS FILING FEES | $50.00 |
| TECH - COURT TECHNOLOGY FEE | $15.00 |
| CERT - CERTIFIED MAIL RESTRICTED DEL | $11.42 |
| Total: | $5,076.42 |

WITNESS my hand and seal of said Court this 20th day of October, 2016.

_____
Elizabeth Shearburn, Crawford District Deputy Clerk

IN THE CRAWFORD COUNTY DISTRICT COURT
FIFTH JUDICIAL DISTRICT

LARRY BEAM,

   Plaintiff,

v.            Case No. VASC-16-273

BARCLAYS BANK,

   Defendant.

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on this date Defendant Barclays Bank Delaware, by counsel, filed a Notice of Removal in the above-captioned matter in the United States District Court for the Western District of Arkansas, Richmond Division. A copy of the Notice of Removal is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded.

            Respectfully Submitted,

            **DOVER DIXON HORNE, PLLC**
            425 West Capitol Avenue, Suite 3700
            Little Rock, Arkansas 72201
            Phone: (501) 375-9151/ Fax: (501) 375-6484
            E-Mail: twooten@ddh.law
               tcooper@ddh-ar.com

            By: _____
              TODD WOOTEN (ABA No. 94034)
              CARL F. "TREY" COOPER, III (ABA No. 2007294)

            *Attorneys for Defendant, Barclays Bank*

## **CERTIFICATE OF SERVICE**

I, Todd Wooten, hereby state that a copy of the foregoing Notice of Filing of Notice of Removal was served upon the following attorney of record, via electronic mail and U.S. Mail, this _21_ day of November, 2016:

**Larry Beam**, *pro se*
2115 Liberty Lane
Van Buren, Arkansas  72956

_____
TODD WOOTEN

VASC-16-273

*CRAWFORD COUNTY DISTRICT COURT VAN BUREN DIVISION 5TH JUDICIAL DISTRICT 2016 OCT 31 PM 12 28 BY*

VASC-16-273

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Barclays Bank<br>125 South West St.<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RESTRICTED DELIVERY |
| 9590 9401 0176 5234 6953 82 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7010 3090 0000 5829 6681 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |