IN THE CRAWFORD COUNTY DISTRICT COURT
FIFTH JUDICIAL DISTRICT

LARRY BEAM,

        Plaintiff,

v.                                Case No. VASC-16-273

BARCLAYS BANK,

        Defendant.

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on this date Defendant Barclays Bank Delaware, by counsel, filed a Notice of Removal in the above-captioned matter in the United States District Court for the Western District of Arkansas, Richmond Division. A copy of the Notice of Removal is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded.

        Respectfully Submitted,

        **DOVER DIXON HORNE, PLLC**
        425 West Capitol Avenue, Suite 3700
        Little Rock, Arkansas 72201
        Phone: (501) 375-9151/ Fax: (501) 375-6484
        E-Mail: twooten@ddh.law
                  tcooper@ddh-ar.com

By: _/s/ Carl F. Cooper III_
    TODD WOOTEN (ABA No. 94034)
    CARL F. "TREY" COOPER, III (ABA No. 2007294)

*Attorneys for Defendant, Barclays Bank*

**EXHIBIT 2**

## CERTIFICATE OF SERVICE

I, Carl F. "Trey" Cooper, III, hereby state that a copy of the foregoing Notice of Filing of Notice of Removal was served upon the following attorney of record, via electronic mail and U.S. Mail, this 21st day of November, 2016:

**Larry Beam**, *pro se*
2115 Liberty Lane
Van Buren, Arkansas 72956

_____
Carl F "Trey" Cooper, III