IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LARRY BEAM                                                                PLAINTIFF

v.                              Case No. 2:16-CV-02271

BARCLAYS BANK                                                        DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's opinion and order filed on January 4, 2017 (Doc. 12), IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendant Barclays Bank are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED AND ADJUDGED this 4th day of January, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE